Hon. Karen A. Overstreet
Chapter 13

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>GREGORY CHARLES MILLER AND KELLEY MARIE ANKIEL-MILLER,<br><br>Debtors, | **ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN** |
| GREGORY CHARLES MILLER AND KELLEY MARIE ANKIEL-MILLER,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING<br><br>Defendant. | Case No.: 14-15453-KAO<br><br>Adversary No. |

## ADVERSARY COMPLAINT SEEKING

## LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN

NOW COMES, the Plaintiffs, Gregory Charles Miller and Kelley Marie Ankiel-Miller, by and through their attorney, Lisa S. Tse of Advantage Legal Group, and for the purpose of this complaint allege the following:

1. This adversary proceeding arises out of Plaintiffs' Chapter 13 case now pending before this Court. This Court has jurisdiction to consider the matters herein pursuant to 28 U.S.C. §§ 157 and

**ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN - 1 of 3**

ADVANTAGE LEGAL GROUP
12207 NE 8th Street
Bellevue WA 98005

1334 and 11 U.S.C § 506 and 1322. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(A), (B), (K), and (O).

2. Plaintiffs are a natural person(s) living in Everett, Snohomish County, Washington.

3. Defendant Select Portfolio Servicing, Inc. (hereinafter referred to as "SPS") is a corporation licensed to do business, and actually doing business within the State of Washington.

4. Plaintiffs are the owners of a parcel of real estate located in Everett, Snohomish County, Washington: (1) commonly described as 4609 128th Place SE Everett, WA 98208 (2) legally described as PARK MAR NORTH BLK 000 D-00 – LOT 28 UND INT IN OPEN SPACES 501-502-503-504, (3) and tax parcel number 00688800002800.

5. Prior to the filing of this bankruptcy case, Plaintiffs allegedly executed a junior lien in favor of SPS, or Defendant's predecessor, evidencing a loan by Defendant SPS.

6. On the date of filing of Plaintiffs' Chapter 13 Petition, July 18, 2014, Plaintiffs were allegedly indebted to SPS or its successors and/or assigns under such instrument in the approximate sum of $42,256.00 for the junior lien.

7. On the date of filing of Plaintiffs' Chapter 13 Petition, the value of Plaintiffs' real property described above was $229,300.00 per the Snohomish County Property Tax Assessor's Office estimated value of the home, and as stated in Schedule A of Plaintiffs'/Debtors' bankruptcy. On that date, the debt owing to senior lienholder Ocwen Loan Servicing LLC was approximately $308,140.00.

9. No equity in Plaintiffs' real property exists to which Defendant's lien can attach. Therefore, pursuant 11 U.S.C. §§ 506 and 1322, and in re Zimmer, 313 F.3d 1220 (9th Cir. 2002), Plaintiffs are entitled to "strip off" the lien held by Defendant so that such lien becomes voided and no longer remains a lien against Plaintiffs' real property.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs prays for a judgment and order voiding the Defendant's deed of trust, adjudging that the note is no longer secured by the deed of trust against the above-described real property unless this Chapter 13 case is later dismissed prior to discharge, and for such other and further relief as this Court might deem just and equitable.

Respectfully submitted this 16th day of September, 2014.

/s/ Lisa S. Tse

Lisa S. Tse, WSBA #43689

Attorney for Plaintiffs/Debtors

**ADVERSARY COMPLAINT SEEKING LIEN AVOIDANCE OF WHOLLY UNSECURED LIEN - 3 of 3**

ADVANTAGE LEGAL GROUP
12207 NE 8th Street
Bellevue WA 98005