**Below is the Order of the Court.**

_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 14-15453-KAO |
| GREGORY MILLER AND KELLEY ) | |
| ANKIEL-MILLER, ) | Adv. Case No. 14-01368-MLB |
| ) | |
| Debtors. ) | |
| ) | JUDGMENT PERMANENTLY VOIDING |
| _____ ) | LIEN OF SELECT PORTFOLIO SERVICING |
| ) | |
| GREGORY MILLER AND KELLEY ) | |
| ANKIEL-MILLER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| SELECT PORTFOLIO SERVICING, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    This matter came before the Court upon application by the Plaintiff for an appropriate form of judgment permanently voiding the lien of Select Portfolio Servicing, pursuant to Paragraph 5 of the Default Judgment entered on October 23, 2014 in Adversary Proceeding No. 14-01368, and the

JUDGMENT PERMANENTLY VOIDING LIEN OF
SELECT PORTFOLIO SERVICING - 1

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
TELEPHONE (425) 452-9797 ◆ FACSIMILE (425) 440-7681

Case 14-01368-MLB    Doc 14    Filed 07/20/18    Ent. 07/20/18 08:03:39    Pg. 1 of 3

Order of Discharge having been entered in the Lead Case No. 14-15453, now therefore, ***IT IS HEREBY***

***ORDERED THAT*** the second deed of trust of Plaintiffs Gregory Miller and Kelley Ankiel-Miller, husband and wife, held by Select Portfolio Servicing, Defendant, Auditor's Number 00688800002800 against Plaintiffs' house, commonly known as 4609 128th Place SE, Everett, WA 98208, and more particularly described as:

**PARK MAR NORTH BLK 000 D-00-LOT 28 UND INT IN OPEN SPACES 501-502-503-504**

shall be and is hereby stripped and removed permanently from record title.

//End of Order//

**DATED** this 18th day of July, 2018.

Presented By:

/s/ Amy Wilburn
Amy Wilburn, WSBA #49583
Attorney for Debtors
Advantage Legal Group
12207 NE 8th Street
Bellevue, WA 98005
(425) 452-9797

JUDGMENT PERMANENTLY VOIDING LIEN OF
SELECT PORTFOLIO SERVICING - 2

ADVANTAGE LEGAL GROUP
12207 NE 8TH STREET
BELLEVUE, WA 98005
TELEPHONE (425) 452-9797 ◆ FACSIMILE (425) 440-7681

Case 14-01368-MLB    Doc 14    Filed 07/20/18    Ent. 07/20/18 08:03:39    Pg. 2 of 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

JUDGMENT PERMANENTLY VOIDING LIEN OF
SELECT PORTFOLIO SERVICING - 3

**ADVANTAGE LEGAL GROUP**
12207 NE 8TH STREET
BELLEVUE, WA 98005
TELEPHONE (425) 452-9797 ◆ FACSIMILE (425) 440-7681